IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
COMETA, LLP.,                  )
                               )
           Plaintiff,          )        4:07CV3243
                               )
     v.                        )
                               )
NORLAND INT'L, INC.,           )        ORDER
                               )
           Defendant.          )
_____)
```

Based on the allegations of the plaintiff's complaint, the plaintiff is a limited liability company incorporated under the laws of Kazakhstan (Filing No. 1, ¶ 1, and ex. A, p. 1). The plaintiff, acting through its director, Ali Ismail-Zade, has filed a pro se complaint.

A corporation, partnership, or other legally created entity can appear in the federal courts of the United States only through licensed counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-202 (1993). Accordingly,

IT IS ORDERED:

1. The plaintiff must appear in this Court through counsel. On or before November 16, 2007, any counsel retained by the plaintiff to represent its interests herein must file an entry of appearance in accordance with Nebraska General Rule

1.3(d),[1] in the absence of which this case may be dismissed without further notice.

      2.   This case is stayed until further order of the Court.

      3.   The clerk shall mail a copy of this order to the defendant Norland International, Inc., c/o Gary L. Young, 530 South 13th Street, Suite 100, Lincoln, Ne 68508.

      4.   The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: November 16, 2007 – deadline for entry of appearance as plaintiff's counsel.

DATED this 12th day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

[1] This court's local rules can be found on the court's website at: http://www.ned.uscourts.gov/localrules/index.html.