**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **COMETA, LLP,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3243 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **NORLAND INT'L, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*.

It has come to the court's attention the record does not contain enough information to determine whether diversity jurisdiction exists in this case. In light of the plaintiff's Disclosure of Corporate Affiliations and Financial Interest (Filing No. 21) and ***GMAC Commercial Credit LLC v. Dillard Dep't Stores, Inc.***, 357 F.3d 827, 829 (8th Cir. 2004), the plaintiff shall file a disclosure containing the identity and citizenship of each of the members of its limited liability partnership **on or before April 28, 2008**.

**IT IS SO ORDERED.**

DATED this 7th day of April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge