IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
COMETRA, LLP.,                    )
                                  )
             Plaintiff,           )        4:07CV3243
                                  )
        v.                        )
                                  )
NORLAND INT'L, INC.               )            ORDER
                                  )
             Defendant.           )
_____   )
```

This matter is before the Court on plaintiff's motion to extend time to serve Fed. R. Civ. P. 26(a)(1) mandatory disclosure (Filing No. 31).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until May 12, 2008, to serve mandatory disclosures.

DATED this 2nd day of May 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court