IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
COMETA, LLP.,                )
                             )
          Plaintiff,         )        4:07CV3243
                             )
     v.                      )
                             )
NORLAND INT'L, INC.          )        ORDER
                             )
          Defendant.         )
_____)
```

      This matter is before the Court on plaintiff's motion to extend time to serve expert witness disclosure (Filing No. 47). The Court notes no objection has been filed thereto. Accordingly,

      IT IS ORDERED that the motion is granted; plaintiff shall have until February 2, 2009, to provide information pertaining to one of its proposed expert witnesses and the proposed expert's report.

      DATED this 27th day of January, 2009.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court