IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
COMETA, LLP.,                   )
                                )
            Plaintiff,          )        4:07CV3243
                                )
      v.                        )
                                )
NORLAND INT'L, INC.             )        ORDER TO SHOW CAUSE
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff's counsel Nicholas M. Wooldridge's motion (Filing No. 54) and amended motion to withdraw as attorney pursuant to NEGenR 1.3(f) (Filing No. 56.)

IT IS ORDERED:

1) That on or before March 23, 2009, plaintiff shall show cause why the motion to withdraw should not be granted. The Court will consider failure to respond to this order to show cause as an abandonment by plaintiff of all its claims whereupon its case will be dismissed without prejudice to refiling.

2) The clerk of the court shall mail a copy of this order to plaintiff,

  Cometa, LLP,
  Bogenbay Batir Street, 80,
  Suite 408,
  Almaty, Kazakhstan, 050010.

DATED this 17th day of February, 2009.

    BY THE COURT:

    /s/ Lyle E. Strom
    _____
    LYLE E. STROM, Senior Judge
    United States District Court