IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
COMETA, LLP.,                 )
                              )
          Plaintiff,          )         4:07CV3243
                              )
     v.                       )
                              )
NORLAND INT'L, INC.           )         ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on its order of February 17, 2009 (Filing No. 57) requiring plaintiff to show cause why the motion and amended motion to withdraw as attorney should not be granted and why this action should not be dismissed for failure to prosecute. The Court notes that no response has been made by plaintiff, and it appears this action has been abandoned. Accordingly,

IT IS ORDERED:

1) The motions of plaintiff's counsel Nicholas M. Wooldridge to withdraw (Filing Nos. 54 and 56) are granted. Nicholas M. Wooldridge is deemed withdrawn as counsel for plaintiff.

2) Plaintiff's complaint is dismissed without prejudice.

3) Defendant shall have until March 31, 2009, to advise the Court whether it intends to pursue its counterclaim.

4)   The clerk of the court shall mail a copy of this order to plaintiff,

>Cometa, LLP,
>Bogenbay Batir Street, 80,
>Suite 408,
>Almaty, Kazakhstan, 050010.

DATED this 24th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court