IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMETA, LLP., ) | | |
| ) | | |
| Plaintiff, ) | | 4:07CV3243 |
| ) | | |
| v. ) | | |
| ) | | |
| NORLAND INT'L, INC. ) | | ORDER |
| ) | | |
| Defendant. ) | | |
| _____) | | |

This matter is before the Court defendant's motion to dismiss its counterclaim without prejudice (Filing No. 59). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to dismiss its counterclaim without prejudice is granted.

2) The clerk of the court shall mail a copy of this order to plaintiff,

> Cometa, LLP,
> Bogenbay Batir Street, 80,
> Suite 408,
> Almaty, Kazakhstan, 050010.

DATED this 1st day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court